No. 70–5425.  WARD v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 70–5426.  ELLIOTT v. DOLLAR GENERAL CORP. ET AL.  Sup. Ct. Tenn.  Certiorari denied.

No. 70–5427.  MADDOX v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 70–5429.  BROWN v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 70–5430.  BRISBANE v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 70–5432.  COLE v. NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 70–5433.  GILES v. BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex.  Certiorari denied.

No. 70–5434.  HUGHES ET AL. v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 70–5435.  PUGACH v. MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 70–5436.  ALBERS v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 71–2.  HORVATH ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–5.  SCHOOL COMMITTEE OF LEYDEN v. MASSACHUSETTS COMMISSIONER OF EDUCATION.  Sup. Jud. Ct. Mass.  Certiorari denied.